Jeffrey S. Ratliff
**RANSOM, GILBERTSON,**
**MARTIN & RATLIFF, LLP**
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664
F: 503-243-6716
rgmr1500@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| KEVIN HESSEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTLAND GENERAL ELECTRIC COMPANY, MARIA POPE, and JAMES F. LOBDELL,<br><br>Defendants. | Case No. 3:20-cv-01523-SI |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1 – Plaintiff's Notice of Voluntary Dismissal Without Prejudice

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kevin Hessel ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice to his ability to participate as a class member in any other class action alleging substantially similar claims against the defendants herein. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

Dated: October 29, 2020

Respectfully submitted,

*/s/ 893 422*

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
rgmr1500@gmail.com
Tel: 503-226-3664

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: 310-201-9150
rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff*